**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| HECTOR BARAJAS, | ) | No. CV 06-4950-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES E. HALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  February 12, 2009

*George H. Wu*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE